# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **LENNY BALDWIN, JR.,** | ) | **Civil Action No. 7:16-cv-00117** |
| **Plaintiff,** | ) | |
| | ) | **OPINION** |
| **v.** | ) | |
| | ) | **By: James P. Jones** |
| **DEPARTMENT OF HOMELAND** | ) | **United States District Judge** |
| **SECURITY,** | ) | |
| **Defendant(s).** | ) | |

Lenny Baldwin, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered March 28, 2016, the court directed plaintiff to submit within 10 days from the date of the Order the consent to withholding of fees form in order to complete the application to proceed in forma paupers. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 18th day of April, 2016.

s/James P. Jones
United States District Judge